# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ASHLEY MCKINZIE, | Civil No. 1:20-cv-05303-ELR-CCB |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, and MEDICAL DENTAL HOSPITAL BUREAU OF SAN ANTONIO INC., d/b/a BUSINESS & PROFESSIONAL SERVICE, | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| Defendants. | |

Plaintiff, through counsel undersigned, hereby dismisses her claims against Medical Dental Hospital Bureau of San Antonio Inc., d/b/a Business & Professional Service, with prejudice and without costs to either party.

THE OAKS FIRM

Dated: January 27, 2021          By         /s/ *Misty Oaks Paxton*
                                             MISTY OAKS PAXTON, ESQ.
                                             3895 Brookgreen Point
                                             Decatur, GA 30034
                                             Phone: (404) 725-5697
                                             Email: attyoaks@yahoo.com

        **COHEN & MIZRAHI LLP**
        EDWARD Y. KROUB
        DANIEL C. COHEN
        MOSHE O. BOROOSAN
        300 Cadman Plaza West, 12th Floor
        Brooklyn, NY 11201
        Telephone: 929/575-4175
        edward@cml.legal
        dan@cml.legal
        moshe@cml.legal

        *Attorneys for Plaintiff*

## PROOF OF SERVICE

I, MISTY OAKS PAXTON, hereby state that on January 27, 2021, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

        MISTY OAKS PAXTON, ESQ.
        Name

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14 point Times New Roman font in accordance with Local Rule 5.1(c).

Dated:  January 27, 2021